IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **J&R SLAW, INC.,** | : | No. 3:24cv1056 |
| Plaintiff/ | : | |
| Counterclaim Defendant | : | (Judge Munley) |
| v. | : | |
| | : | |
| **CHESAKL ENTERPRISES, INC.,** | : | |
| Defendant/ | : | |
| Counterclaim Plaintiff | : | |

## ORDER

**AND NOW**, to wit, this 3rd day of February 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendant/Counterclaim Plaintiff Chesakl Enterprises, Inc.'s motion for summary judgment, (Doc. 26), is **DENIED**. On or before **February 20, 2026**, the parties shall file a joint status report indicating whether a settlement conference with a United States Magistrate Judge would be productive.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court